**P. S. Hansen, appellee, v. George K. Gatsis, appellant. Gen. No. 29,578.**

Action for commission for procuring buyer for real estate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925. Rehearing denied November 10, 1925.

A. A. Pantelis, for appellant. Merle E. Finch and John T. Richards, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**N. H. Valentine, appellee, v. Tony Pagones, appellant. Gen. No. 29,593.**

Motion to vacate judgment. Motion denied. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded with directions. Opinion filed October 28, 1925.

John Irving Pearce, for appellant. William J. Brennan, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**George Lamko, a minor, by Foreman Brothers Banking Company, guardian, appellee, v. Samuel Kirschenbaum, appellant. Gen. No. 29,603.**

Action for personal injuries received when struck by automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

Alfred Roy Hulbert, for appellant. Lynn & Korn, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Joseph C. Rhende, appellee, v. Chicago Daily News Company et al., on appeal of Chicago Daily News Company, appellant. Gen. No. 29,613.**

Action for personal injuries received when struck by wagon. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925. *Certiorari* denied by Supreme Court (making opinion final).

John G. Riordan, for appellant. Charles C. Cunningham and Rose & Symmes, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Fuller Brush Company, appellee, v. William H. Deditt, appellant. Gen. No. 29,623.**

Action on guaranty of price for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

M. L. Carmody, for appellant. Henry H. Koven, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.